No. 69340.—F. B. Vandegrift & Co., Inc. *v.* United States, protest 63/20313 (Philadelphia).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.

No. 69341.—British Auto Parts and National Carloading Corp. *v.* United States, protest 60/25314 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of hand-operated windshield washers which are mechanical contrivances having movable parts for utilizing, applying, or modifying energy or force or for the transmission of motion, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 3, 1965

No. 69342.—National Silver Co. *v.* United States, protests 63/992, etc. (Los Angeles).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the items marked "T" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.